EXHIBIT

A

exhibitsticker.com

TOAST & BERRY RESTAURANT GROUP LLC
5155 Financial Way, Suite 2
Mason, OH 45040

3102

DATE 10/9/2026

PAY TO THE ORDER OF Delexis Lawrence $ 899.35

Eight hundred ninety nine and 35/100 DOLLARS

HUNTINGTON BANK

FOR

⑈003102⑈ [redacted]