EXHIBIT

B

exhibitsticker.com

LOOKING GLASS
HOSPITALITY

September 9, 2026

Ms. Delexis Lawrence

Dear Delexis,

We are pleased to offer you the position of **Sous Chef**. We know you will be a great asset to the company in this role and contribute to the growth and success of Toast & Berry.

As confirmation of our discussions with you, listed below are the terms of employment and the compensation package that we are offering you.

| | |
|---|---|
| **Start Date:** | September 21, 2026 |
| **Position:** | Sous Chef |
| **Location:** | Toast & Berry Liberty |
| **Reports To:** | Anthony Drummond, Executive Chef |
| **Salary:** | $55,000 ($2,115.38 paid bi-weekly) |

**Benefits:** The Company offers associates and their eligible dependents a variety of benefits, which include a Health Insurance Program, Dental, and Vision. The premium costs are shared by you and the Company. Currently, the company pays 50% of premiums associated with your Health, Vision, or Dental insurance. If you choose to participate, your benefits will be effective 90 days after your employment start date. The Company also offers complimentary dining for you and a guest during your employment at any of our concept locations. The company also participates in supplementary insurance through AFLAC. The company currently does not contribute toward AFLAC plans.

**Paid Time Off:** The Company offers two (2) weeks of paid vacation time during years 1-4 of employment and three (3) weeks of paid vacation time after the 5th year of employment. Vacation days are calculated on calendar year and will be prorated based on hire date.
The company offers up to five (5) paid sick days per calendar year for salaried employees. Sick days do not accumulate from year to year and are prorated based on hire date.
The company offers three (3) Personal/Bereavement days per calendar year for salaried employees. Personal days do not accumulate from year to year and are prorated based on hire date.

**Direct Deposit:** Managers are required to use direct deposit for their payroll. This policy makes for a more efficient process and assists in maintaining a greater level of confidentiality of payroll information.

**Additional Considerations:** The company will reimburse you for any additional expenses that are work related via an expense report to be submitted to Scott Schmidt for approval no later than the last calendar day of each month. The company will provide you with a corporate email account.

**Bonus:** You will be eligible for quarterly bonuses based on sales and financial performance of the restaurant in which you are employed. Please feel free to ask me any questions regarding the bonus program.

LOOKING GLASS
HOSPITALITY



**Ms. Delexis Lawrence**
**September 9, 2026**

**Performance Reviews:** You will be eligible for annual performance reviews. During the annual review process, a salary increase will also be considered.

Should you have any questions, please feel free to call me. Again, Delexis, we are thrilled to offer you this position and look forward to your long and successful career with Looking Glass Hospitality.

Please return the signed original of this letter.

Sincerely,

**Scott Schmidt**
*Founder*
**Looking Glass Hospitality**
Scott.Schmidt@LookingGlassHG.com
(513) 410-2347 *mobile*

This summary is not an employment contract and is provided for informational purposes only. The various summary statements contained herein are not intended in any way to replace the individual documents or contracts which govern the respective programs summarized.

**ACKNOWLEDGEMENT:**

I have read, understand, and accept the conditions of employment as stated above.

Signature: ____________________ Date: 9-9-26